Case Unsealed on 6/18/09.
~~SECRET~~ (W)

09 JUN 12 PM 4:19

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

February 2009 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 09CR1335-JAH |
| Plaintiff, ) | I N D I C T M E N T |
| ) | **(Superseding)** |
| v. ) | |
| ) | Title 21, U.S.C., Secs. 841(a)(1) |
| ZACARIAS FELIX-RAMIREZ (1), ) | and 846 - Conspiracy to Distribute |
| aka Zacarayas Felix- ) | Methamphetamine; Title 21, U.S.C., |
| Ramirez, ) | Secs. 841(a)(1) and 846 - |
| ZACARIAS FELIX-CUTINO (2), ) | Conspiracy to Distribute Cocaine; |
| aka Junior, ) | Title 21, U.S.C., Sec. 841(a)(1) - |
| ANGEL RODOLFO ) | Distribution of Methamphetamine; |
| SARMIENTO-AHUMADA (3), ) | Title 21, U.S.C., Sec. 841(a)(1) - |
| aka Paul Ahumada-Betancourt, ) | Possession of Methamphetamine with |
| aka Fito, ) | Intent to Distribute; Title 18, |
| CHRISTIAN AHUMADA (4), ) | U.S.C., Sec. 2 - Aiding and |
| ISMAEL GONZALEZ-HERNANDEZ (5), ) | Abetting |
| aka Mayel, ) | |
| SAUL GONZALEZ-HERNANDEZ (6), ) | |
| CHRISTOPHER MARTINEZ (7), ) | |
| ) | |
| Defendants. ) | |

The grand jury charges:

<u>Count 1</u>

Beginning at a date unknown and continuing up to and including March 19, 2009, within the Southern District of California, and elsewhere, defendants ZACARIAS FELIX-RAMIREZ, aka Zacarayas Felix-Ramirez, ZACARIAS-FELIX-CUTINO, aka Junior, ANGEL RODOLFO SARMIENTO-AHUMADA, aka Paul Ahumada-Betancourt, aka Fito, CHRISTIAN AHUMADA, ISMAEL GONZALEZ-HERNANDEZ, aka Mayel,

JRK:mdj:San Diego
6/11/09

SAUL GONZALEZ-HERNANDEZ, and CHRISTOPHER MARTINEZ, did knowingly and intentionally conspire together and with each other and with other persons known and unknown to the grand jury to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

### Count 2

Beginning at a date unknown and continuing up to and including March 19, 2009, within the Southern District of California, and elsewhere, defendants ZACARIAS FELIX-RAMIREZ, aka Zacarayas Felix-Ramirez, ISMAEL GONZALEZ-HERNANDEZ, aka Mayel, and SAUL GONZALEZ-HERNANDEZ did knowingly and intentionally conspire together and with each other and with other persons known and unknown to the grand jury to distribute 500 grams and more of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

### Count 3

On or about June 5, 2008, within the Southern District of California, defendant ZACARIAS FELIX-CUTINO, aka Junior, did knowingly and intentionally distribute 50 grams and more to wit, approximately 402.6 grams (approximately 14.2 ounces) of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

//
//
//
//
//

### Count 4

On or about August 4, 2008, within the Southern District of California, defendant ZACARIAS FELIX-RAMIREZ, aka Zacarayas Felix-Ramirez, did knowingly and intentionally distribute 50 grams and more, to wit, approximately 426.7 grams (approximately 15.05 ounces) of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

### Count 5

On or about September 29, 2008, within the Southern District of California, defendants ZACARIAS FELIX-RAMIREZ, aka Zacarayas Felix-Ramirez, and ZACARIAS FELIX-CUTINO, aka Junior, did knowingly and intentionally possess, with intent to distribute, 50 grams and more of a mixture and substance containing a detectable amount, to wit: approximately one pound of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### Count 6

On or about October 2, 2008, within the Southern District of California, defendants ZACARIAS FELIX-RAMIREZ, aka Zacarayas Felix-Ramirez, CHRISTIAN AHUMADA, and ANGEL RODOLFO SARMIENTO-AHUMADA, aka Paul Ahumada-Betancourt, aka Fito, did knowingly and intentionally possess, with intent to distribute, 50 grams and more, to wit: approximately 4,116 grams (approximately 9 pounds) of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

//
//

| | |
|---|---|
| 1 | <u>Count 7</u> |
| 2 | On or about October 7, 2008, within the Southern District of |
| 3 | California, defendants ZACARIAS FELIX-RAMIREZ, aka Zacarayas |
| 4 | Felix-Ramirez, ZACARIAS FELIX-CUTINO, aka Junior, ISMAEL |
| 5 | GONZALEZ-HERNANDEZ, aka Mayel, SAUL GONZALEZ-HERNANDEZ, and |
| 6 | CHRISTOPHER MARTINEZ, did knowingly and intentionally possess, with |
| 7 | intent to distribute, 50 grams and more to wit: approximately 712.39 |
| 8 | grams (approximately 1.57 pounds) of methamphetamine (actual), a |
| 9 | Schedule II Controlled Substance; in violation of Title 21, United |
| 10 | States Code, Section 841(a)(1), and Title 18, United States Code, |
| 11 | Section 2. |
| 12 | DATED: June 12, 2009. |

A TRUE BILL:

_D Smith_
Foreperson

KAREN P. HEWITT
United States Attorney

By: _John Kraemer_
JOHN R. KRAEMER
Assistant U.S. Attorney

4