AO 442

SECRET [struck through]  Case Unsealed

**NOT FOR PUBLIC VIEW**

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Christopher Martinez (7)

**WARRANT FOR ARREST**

**CASE NUMBER:** 09cr1335-JAH

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Christopher Martinez (7)
                                                      Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition
[ ] Pretrial Violation

charging him or her with (brief description of offense)

21:841(a)(1) and 846 - Conspiracy to Distribute Methamphetamine
21:841(a)(1) - Possession of Methamphetamine with Intent to Distribute
18:2 - Aiding and Abetting

In violation of Title    See Above    United States Code, Section(s) _____

W. Samuel Hamrick, Jr.
Name of Issuing Officer

E. Lloyd
Signature of Deputy

Clerk of the Court
Title of Issuing Officer

6/12/09, San Diego, CA
Date and Location

Bail fixed at $    no bail    by    The Honorable Barbara L. Major
                                             Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

24-1